# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | Case Number: 5:09-CR-27 (HL) |
| : | |
| **ARTHUR T. FREEMAN, III, et al,** : | |
| : | |
| Defendants.   : | |

_____

## ORDER

The trial of this case, presently scheduled to begin July 6, 2009 in Valdosta, is hereby continued until the next Criminal Trial Term. The Pre-Trial Conference, presently scheduled for June 29, 2009, is also continued. The Court continues this case based on a request by the Defendants' counsel. Accordingly, the Court finds that the ends of justice served by continuing the case outweigh the best interest of the public and the defendants in a speedy trial, and the period of delay occasioned by this Order shall be excluded from computations of time required by the Speedy Trial Act. 18 U.S.C.A. §§ 3161 to 3174.

**SO ORDERED**, this the 16th day of June, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, JUDGE**